UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES JOHN McCOLL,

        Petitioner,

v.

STATE OF WASHINGTON,

        Respondent.

Case No. C24-688-KKE

ORDER DISMISSING ACTION

The Court has reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge. Dkt. No. 5. Petitioner did not file objections thereto. Upon review of the Report and Recommendation and the remaining record, the Court ORDERS:

    (1)    The Report and Recommendation is approved and adopted.

    (2)    This action is DISMISSED without prejudice for failure to prosecute.

    (3)    The Clerk is directed to send copies of this Order to Petitioner and to Judge Vaughan.

DATED this 4th day of October, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER DISMISSING ACTION - 1